## Commonwealth *v.* Keen, Appellant.

Submitted April 14, 1975. *Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Charles W. Johns* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

## Commonwealth *v.* Kirchner, Appellant.

Submitted March 20, 1975. *Robert M. Rosenblum, George E. Goldstein,* and *Goldstein & Rosenblum,* for appellant; *Charles A. Achey, Jr.,* and *John A. Kenneff,* Assistant District Attorneys, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.